IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

DEBORAH J. SULLIVAN,
N/K/A DEBORAH J. MORILLO,
FORMER WIFE,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Appellant,

CASE NO. 1D15-5389

v.

JAMES D. SULLIVAN,
FORMER HUSBAND,

Appellee.

_____/

Opinion filed May 4, 2016.

An appeal from the Circuit Court for Clay County.
Michael S. Sharrit, Judge.

Michael L. Edwards, Jacksonville, for Appellant.

Lawrence J.  Siemer, Orange Park, for Appellee.

PER CURIAM.

        AFFIRMED.

ROBERTS, C.J., LEWIS and RAY, JJ., CONCUR.